UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UYI OSUNDE, | CIVIL ACTION No. 3:24-cv-00676-VDO |
| V. | |
| MICHAEL HENRICK, in his individual and official capacities; SEAN KENNEDY, in his individual and official capacities; KRISTEN BEDELL, in her individual and Official capacities; WILLIAM O'BRIEN In his individual and official capacities; and STRATFORD BOARD OF EDUCATION, | AUGUST 29, 2024 |

### REQUEST FOR INSURANCE REPRESENTATIVE TO ATTEND REMOTELY

In accordance with the United States Magistrate Judge Vatti's Settlement Conference Order dated August 9, 2024 (ECF No. 44), the Defendants respectfully request permission for Anthony Khoury, an insurance adjuster, to attend the September 19, 2024 settlement conference by remote means. Plaintiff's counsel consents to this request.

RESPECTFULLY SUBMITTED
THE DEFENDANTS
Michael Henrick
Sean Kennedy
Kristen Bedell
William O'Brien
Stratford Board of Education

By: _____
Richard J. Buturla (ct05967)
Ryan P. Driscoll, Esq.
Berchem Moses PC
75 Broad Street
Milford, CT 06460
Telephone: (203) 783-1200
Facsimile: (203) 878-4912
Email: rbuturla@berchemmoses.com

1

## CERTIFICATION

On August 29, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Richard J. Buturla, Esq.

4874-7444-2461, v. 1